The People of the State of New York, Respondent, v Luis Narvaez, Appellant. [823 NYS2d 914]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Guzman, J.), rendered January 6, 2005, convicting him of course of sexual conduct against a child in the first degree (two counts), rape in the second degree (18 counts), and rape in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court did not improvidently exercise its discretion in denying the defendant's challenge for cause to a prospective juror, whose former relative was the victim of sexual abuse, since the prospective juror gave an unequivocal assurance that she could be fair and impartial (*see People v Arnold,* 96 NY2d 358, 363 [2001]; *People v Nowlin,* 297 AD2d 554 [2002]; *People v Cherry,* 286 AD2d 913 [2001]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Adams, J.P., Goldstein, Fisher and Lifson, JJ., concur.